USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

TRT LEASECO, LLC,

                Plaintiff,

      -against-                        20-cv-5257 (VEC)

DGI-BNSF CORP.,                    ORDER

                Defendant.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a telephonic hearing is scheduled for Thursday, September 10, 2020 at 3:30 P.M.

       IT IS HEREBY ORDERED that the hearing is adjourned to Thursday, September 10, 2020 at **3:45 P.M**.

       IT IS FURTHER ORDERED that all parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 5257. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

**Date:  September 10, 2020**                  _____
      **New York, New York**                      **VALERIE CAPRONI**
                                                                  **United States District Judge**