USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
TRT LEASECO, LLC,

                   Plaintiff,

         -against-                          20-CV-5257 (VEC)

DGI-BNSF CORP.,                        ORDER

                   Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 15, 2020, the Court stayed this action pending the conclusion of a related action, *DGI-BNSF Corp. v. TRT LeaseCO, LLC*, 18-CV-3252 ("related action"), Dkt. 38;

       WHEREAS on March 5, 2021, the parties informed the Court that they had reached a settlement in principle with respect to the related action, 18-CV-3252, Dkt. 131; and

       WHEREAS on March 9, 2021, the Court dismissed the related action, 18-CV-3252, Dkt. 132;

       IT IS HEREBY ORDERED that by no later than **Friday, March 19, 2021**, the parties must inform the Court whether the settlement in the main case, 18-CV-3252, includes the claims in this action.  If it does not, by that date, the parties must file a joint letter updating the Court on the status of this matter.

**SO ORDERED.**

**Date:  March 9, 2021**                                        **VALERIE CAPRONI**
      **New York, New York**                        **United States District Judge**